Name: Jeffrey A. Topor (SBN 195545); Liana Mayilyan (295203)
Address: 44 Montgomery Street, Suite 3010
City, State, Zip: San Francisco, CA 94104-4816
Phone: (415) 283-1000
Fax: (415) 352-2625
E-Mail: jtopor@snllp.com; lmayilyan@snllp.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ESPARZA, on behalf of herself, and all others similarly situated,<br><br>PLAINTIFF(S),<br>v.<br>SMARTPAY LEASING, INC.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>3:15-cv-03421-WHA<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _Defendant SmartPay Leasing, Inc._ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
Order Denying Motion to Compel Arbitration. *See* 9 U.S.C. § 16(a)

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _October 3, 2017_. Entered on the docket in this action on _October 3, 2017_.

A copy of said judgment or order is attached hereto.

October 24, 2017                                /s/ Liana Mayilyan
Date                                            Signature
                                                ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).