**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone:(619) 696-9006
Facsimile:  (619) 564-6665

*Attorneys for Plaintiff and the Proposed Class*

JEFFREY A. TOPOR (SBN 195545)
jtopor@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625

*Attorneys for Defendant SmartPay Leasing, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ESPARZA, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SMARTPAY LEASING, INC.,<br><br>Defendant. | Case No.: 17-cv-3421-WHA<br><br>CLASS ACTION<br><br>**JOINT NOTICE RE PARTIES' INTENT TO MEDIATE** |

On February 14, 2019, following a hearing on Plaintiff's motion for class certification, this Court held in abeyance its ruling on that motion pending a resolution of Defendant SmartPay Leasing, Inc.'s ("Defendant") appeal of this Court's October 3, 2017 order denying Defendant's motion to compel arbitration. *See* Dkt. No. 82. The Court additionally stayed all other case management deadlines pending a decision by the United States Court of Appeals for the Ninth Circuit. *Id*.

As the parties previously reported, on March 21, 2019, the Ninth Circuit issued an order affirming this Court's October 3, 2017 order denying Defendant's motion to compel arbitration. *See* Dkt. No. 85. Formal mandate of the Ninth Circuit's ruling was issued on April 12, 2019. *See* Dkt. No. 87.

Per the Court's Notice and Order Re Factors to be Evaluated for any Proposed Class Settlement, the parties may "not discuss settlement as to any class claims prior to class certification." *See* Dkt. No. 11, at ¶ 10. However, during the February 14, 2019 hearing, the Court advised that if the parties were interested in discussing settlement, this is the type of case where the Court would be willing to appoint Plaintiff's counsel as interim class counsel. Counsel for Defendant has advised counsel for Plaintiff that Defendant is interested in a class wide resolution of this matter. Plaintiff has agreed to participate in mediation after Defendant produces certain additional class-wide data that Plaintiff believes is necessary to negotiate a settlement. The parties have selected Judge Leo S. Papas, Ret., of Judicate West, as a private mediator for this matter and have reserved July 11, 2019 as the mediation date.

Therefore, per Dkt. No. 11, the parties respectfully request that the Court appoint Plaintiff's counsel as interim class counsel for the purpose of proceeding with mediation. Plaintiff requests, that in the alternative, and if the Court is more inclined, to lift the current stay and issue an order on Plaintiff's motion for class certification.

DATED: April 30, 2019     */s/ Alexis M. Wood*
　　　　　　　　　　　　　Alexis M. Wood
　　　　　　　　　　　　　Attorneys for Plaintiff and the Proposed Classes

DATED: April 30, 2019     */s/ Jeff Topor*
　　　　　　　　　　　　　Jeff Topor
　　　　　　　　　　　　　Attorneys for Defendant SmartPay Leasing, Inc.

## CERTIFICATION OF APPROVAL OF CONTENT

I, Jeff Topor, counsel for Defendant, in the above-entitled matter, hereby certify that the required parties have approved and accepted the content of the Joint Status Report and that I have obtained authorization from Alexis Wood, counsel for Plaintiff, for her electronic signatures on the Joint Notice.

DATED: April 30, 2019     */s/ Jeff Topor*
　　　　　　　　　　　　　Jeff Topor
　　　　　　　　　　　　　Attorneys for Defendant