**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone:(619) 696-9006
Facsimile: (619) 564-6665

*Class Counsel*

JEFFREY A. TOPOR (SBN 195545)
jtopor@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625

*Attorneys for Defendant SmartPay Leasing, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ESPARZA, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SMARTPAY LEASING, INC.,<br><br>Defendant. | Case No.: 17-cv-3421-WHA<br><br>CLASS ACTION<br><br>**NOTICE OF SETTLEMENT AND JOINT REQUEST TO VACATE CASE SCHEUDLE [DKT. NO. 90] AND ORDER REGARDING AGREED-ON FORM OF CLASS NOTICE AND PLAN OF DISSEMINATION [DKT. NO. 96]** |

*Esparza v. Smartpay Leasing, Inc*. CASE NO. 17-CV-3421-WHA
NOTICE OF SETTLEMENT AND JOINT REQUEST TO VACATE CASE SCHEDULE [DKT. NO. 90] AND ORDER REGARDING AGREED-ON FORM OF CLASS NOTICE AND PLAN OF DISSEMINATION [DKT. NO. 96]

C:\Users\abrown\Desktop\Joint Motion of settlement SPB Edits.docx

Plaintiff Shawn Esparza ("Plaintiff") and Defendant SmartPay Leasing, Inc. ("Defendant"), by and through their undersigned counsel, hereby notify the Court that the Parties have reached a class-wide resolution of this matter and respectfully request the Court to vacate all pending dates in light of the settlement while the Parties finalize their agreement, complete confirmatory discovery, and file the motion for preliminary approval.  In support of the instant motion, the Parties state as follows.

1. On July 11, 2019, the Parties participated in a full-day mediation with the Honorable Leo S. Papas, Ret. of Judicate West in San Diego, California.

2. At the conclusion of the mediation session, Judge Papas provided his Mediator's Proposal, and the Parties arrived at an agreement in principle to settle this matter on a class-wide basis.

3. The Parties expect to have a finalized Class Action Settlement Agreement fully executed within the next thirty (30) days, on or before August 19, 2019.

4. The Parties request ninety (90) days, on or before October 16, 2019, to allow Plaintiff to conduct her confirmatory discovery and file the Motion for Preliminary Approval of the class action settlement.

5. Economy would be served by vacating all existing dates as set forth in the Court's current case schedule, including all pretrial and trial dates [Dkt. No. 90], and the order regarding the Parties agreed-on form of class notice and plan of dissemination [Dkt. No. 96], with the Court setting future dates as it feels are necessary.

1

*Esparza v. Smartpay Leasing, Inc.* Case No. 17-cv-3421-WHA
Notice of Settlement and Joint Request to Vacate Case Schedule [Dkt. No. 90] and Order Regarding Agreed-On Form of Class Notice and Plan of Dissemination [Dkt. No. 96]

C:\Users\abrown\Desktop\Joint Motion of settlement SPB Edits.docx

Accordingly, the Parties respectfully request that the Court vacate all existing dates as contained in the Court's June 5, 2019 Order Lifting Stay and Setting Case Schedule [Dkt. No. 90], and in the July 3, 2019 Amended Order Granting Joint Motion Regarding Agreed-On Form of Class Notice and Plan of Dissemination [Dkt. No. 96]. The Parties also request that Plaintiff be afforded until October 16, 2019 to file a motion for preliminary approval of the Class Action Settlement Agreement.

DATED: July 22, 2019         */s/ Alexis M. Wood*
                             Alexis M. Wood
                             Class Counsel

DATED: July 22, 2019         */s/ Jeffrey A. Topor*
                             Jeffrey A. Topor
                             Attorneys for Defendant SmartPay Leasing, Inc.

## CERTIFICATION OF APPROVAL OF CONTENT

I, Alexis M. Wood, counsel for Plaintiff, in the above-entitled matter, hereby certify that the required parties have approved and accepted the content of the Joint Motion Regarding Notice of Settlement and Request to Vacate Case Schedule [Dkt. No. 90] and Order Regarding Agreed-On Form of Class Notice and Plan of Dissemination [Dkt. NO. 96] and that I have obtained authorization from Jeffrey A. Topor, counsel for Defendant, for his electronic signatures on the Joint Motion.

DATED: July 22, 2019         */s/ Alexis M. Wood*
                             Alexis M. Wood
                             Class Counsel

2

*Esparza v. Smartpay Leasing, Inc.* CASE NO. 17-CV-3421-WHA
NOTICE OF SETTLEMENT AND JOINT REQUEST TO VACATE CASE SCHEDULE [DKT. NO. 90] AND ORDER REGARDING AGREED-ON FORM OF CLASS NOTICE AND PLAN OF DISSEMINATION [DKT. NO. 96]

C:\Users\abrown\Desktop\Joint Motion of settlement SPB Edits.docx